UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEMO FAMILY CHARITABLE FOUNDATION and SAMMY CEMO,<br><br>Plaintiffs,<br><br>v.<br><br>DEEPAL WANNAKUWATTE, et al.,<br><br>Defendants. | No. 2:14-cv-0662 KJM DAD PS<br><br><br>ORDER |

The undersigned hereby disqualifies himself from this action pursuant to 28 U.S.C. § 455.  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court refer this case to another available United States Magistrate Judge for all further proceedings which may be appropriate or required.

Dated:  June 13, 2014

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\cemo0662.recusal.docx

1