UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEMO FAMILY CHARITABLE FOUNDATION, et al., | No. 2:14-cv-0662 KJM CKD PS |
| Plaintiffs, | |
| v. | ORDER |
| DEEPAL WANNAKUWATTE, et al., | |
| Defendants. | |

A notice of filing bankruptcy was filed July 14, 2014 on behalf of defendants Deepal S. Wannakuwatte and International Manufacturing Group ("IMG"). This action is therefore stayed as against these defendants. See 11 U.S.C. § 362. Pursuant to the court's order, the bankruptcy trustee has filed a statement of updated information regarding the status of the other named defendants in this action. Defendants Betsy and Sarah Wannakuwatte have both filed bankruptcy petitions and the automatic stay provision applies to the pending action against these defendants. The trustee indicates that the remaining named defendants appear to be related entities and/or alter egos of IMG or the Wannakuwattes and that there is a significant likelihood that the remaining named defendants will be consolidated into one or more of the existing bankruptcy cases. Under these circumstances, staying the entire civil action at this time is appropriate.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The status conference currently set for September 24, 2014 before the undersigned is vacated.

2. This action is stayed.

3. The Clerk of Court is directed to serve a copy of this order on counsel for the Trustee in U.S. Bankruptcy Court, Eastern District of California, Bankruptcy Petition #: 14-25820, Thomas Willoughby, Felderstein Fitzgerald Willoughby & Pascuzzi, LLP, 400 Capitol Mall, Suite 1750, Sacramento, CA 95814.

Dated: August 19, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 cemo.stay

2